No. 22,542.

E. D. WOODBURN, *Appellee,* v. DORA E. HARVEY, *Appellee,* and
B. C. HAMILTON, *Appellant.*

Appeal from Jackson district court; THOMAS A. FAIRCHILD,
judge *pro tem.* Opinion denying a rehearing filed July 19,
1920. (For original opinion of affirmance see *ante,* p. 57,
190 Pac. 620.)

*J. B. Larimer,* and *W. Glenn Hamilton,* both of Topeka, for
the appellant.

*Lee Monroe, Guy L. Hursh, E. R. Sloan,* and *C. M. Monroe,*
all of Topeka, for the appellees.

OPINION DENYING A REHEARING.

The opinion of the court was delivered by

DAWSON, J.: It is urged that the pleadings were not broad
enough to include an issue of fraud. True, but there was no
such issue; it was an action on a contract, and so continued
throughout the trial. Defendant could have asked that the
pleadings be amended to show whether that contract was oral
or written, but he chose to traverse the issue as pleaded—not
to have the issue more specifically pleaded. While a slight in-
timation of fraud crept out in the evidence, that was only a
minor incident in the narrative of the transaction between the
parties.

Affidavits of Colorado witnesses to the contract are pre-
sented for the first time in support of this petition for a re-
hearing. They formed no part of the evidence upon which the
trial court based its judgment. They cannot be considered
now to disturb that judgment. (See *Wideman v. Faivre,* 100
Kan. 102, 107, 108, 163 Pac. 619.)

Rehearing denied.